NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEMETRIUS DEONTE RICHARDSON,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2024-2094

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-02080-MRS, Judge Molly R. Silfen.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

2                                                    RICHARDSON V. US


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


November 21, 2024
Date

Jarrett B. Perlow
Clerk of Court